# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT LOVEJOY, et al. | ) | CASE NO:   5:06CV2415 |
| | ) | |
| Plaintiffs | ) | JUDGE:   PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF** |
| ROONEY CONTRACTING, INC., et al. | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| Defendants | ) | |
| | * * * | |

Please take notice that Plaintiffs hereby voluntarily dismiss this action against Defendants, without prejudice.

Respectfully submitted,

/s/ Stanley P. Aronson
Stanley P. Aronson (0024836)
Aronson & Associates
3085 W. Market Street, Suite 130
Akron, Ohio 44333
Telephone: (330) 836-5500
Attorney for Plaintiffs

So Ordered.
/s/ Patricia A. Gaughan
10/26/06